**RAFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

1. I, Raifream Washington, am employed as an Enforcement and Removal Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Office of Enforcement and Removal Operations ("ERO"), assigned to the Philadelphia Field Office in Philadelphia, Pennsylvania. I have been employed as an ICE officer since 2025. As part of my official duties, I conduct investigations related to violations of federal law.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant for Taylon DA SILVA NUNES ("DA SILVA NUNES"), a/k/a Taylon PIMENTA. As set forth below, there is probable cause to believe that DA SILVA NUNES forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with me and other ICE officers, and physical contact resulted, while we attempted to administratively arrest him, in violation of Title 18, United States Code, Section 111(a)(1).

3. This affidavit is based on information I obtained from my personal observations, my training and experience, review of documentary evidence, and information provided to me by other members of the investigation. Because this affidavit is submitted only for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, it does not include all information known to the government as a result of the investigation.

4. During my official duties, I became involved in the investigation of Taylon DA SILVA NUNES. On or about August 5, 2026, DA SILVA NUNES was arrested by the Philadelphia Police Department and charged with Dangerous Dog Attack, in violation of Pennsylvania law under the alias Taylon PIMENTA. He was subsequently released from local

custody. Upon his release, DA SILVA NUNES provided a residential address of 8008 Ferndale Street, Philadelphia, Pennsylvania.

5. Based on my training and experience, I know that ICE maintains a file on all aliens encountered by ICE. This file, known as the Alien File ("A File"), contains documentation relating to the alien, including his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned an identification number, referred to as the "Alien Number." A Search of ICE databases revealed that DA SILVA NUNES a/k/a PIMENTA was assigned Alien Number 209483078 with date of birth 6/23/1999.

6. Based on DA SILVA NUNES' Philadelphia arrest, I received biometric confirmation that the person arrested under the name PIMENTA was DA SILVA NUNES with the above Alien Number.

7. Based on my review of the Alien File and my involvement in this investigation, DA SILVA NUNES claims to be a citizen of Brazil.

8. On December 11, 2016, DA SILVA NUNES applied for admission into the United States from Mexico via pedestrian at the Santa Teresa Port of Entry in Santa Teresa, NM. DA SILVA NUNES presented no documents as he was traveling with his father, who identified himself as Cleberson TEIXEIRA NUNES. They stated to immigration officials that they were fleeing from Brazil, because they feared for their lives. The family was escorted to Passport Control Secondary for further inspection and processing.

9. On December 12, 2016, DA SILVA NUNES was issued a Notice to Appear/Credible Fear and released from custody due to a lack of bedspace.

10. DA SILVA NUNES' next master hearing is scheduled for November 23, 2026, in Boston.

11. DA SILVA NUNES is in active immigration proceedings and is paroled into the United States and released on Alternative to Detention as a Condition to Parole.

12. DA SILVA NUNES' August 5, 2026 arrest by Philadelphia Police constituted a violation of his release from immigration custody. Accordingly, I was attempting to locate and take DA SILVA NUNES into custody for a custody redetermination based on this violation of immigration parole.

13. On August 18, 2026, officers with ICE ERO, Philadelphia Field Office, conducted an enforcement operation to locate and apprehend DA SILVA NUNES. Officers established surveillance at 8008 Ferndale Street, Philadelphia, Pennsylvania 19111, which had been identified as DA SILVA NUNES' last known address.

14. At approximately 1630 hours, officers observed a male matching DA SILVA NUNES' description exit the front door of the residence and enter the rear passenger seat of a white Honda Civic bearing Pennsylvania registration MJA-4975.

15. Officers maintained surveillance of the vehicle and, when it was safe to do so, initiated a vehicle stop at the intersection of Ryan Avenue and Hartel Avenue in Philadelphia, Pennsylvania, using emergency lights and sirens.

16. Officers approached the vehicle with their badges and ballistic vests visible and verbally identified themselves as "Police."

17. Before officers could complete their instructions, DA SILVA NUNES fled from the vehicle on foot.

18. DA SILVA NUNES fled into the rear yard of 7715 Hartel Avenue, Philadelphia, Pennsylvania, where he attempted to climb over a fence. Officers apprehended him after a brief foot pursuit.

19. During the apprehension, DA SILVA NUNES actively resisted arrest by pulling his hands away from officers and refusing lawful commands to stop resisting.

20. While resisting arrest, DA SILVA NUNES attempted to grab an officer's oleoresin capsicum ("OC") spray. During our attempts to handcuff him, he bit me on the right wrist, causing a small cut and a visible redness in a circular shape.

21. Due to DA SILVA NUNES' continued active resistance, officers deployed OC spray to gain compliance and place him in handcuffs. Officers were then able to control DA SILVA NUNES' hands and secure him in handcuffs.

22. After DA SILVA NUNES was placed in a government vehicle for transport, he again actively resisted by straightening his legs and placing his feet under the front passenger seat while officers attempted to apply leg restraints.

23. Photographs were taken of my injury, and I sought medical treatment for the bite mark on my wrist.

24. Based on the facts set forth above, I believe there is probable cause to believe that DA SILVA NUNES forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered

with me and other officers while we attempted to administratively arrest him, and physical contact resulted, in violation of Title 18, United States Code, Section 111(a)(1).

25. Accordingly, I respectfully request that this Honorable Court issue a criminal complaint and arrest warrant for DA SILVA NUNES.

*/R/ Raifream Washington*

Raifream Washington, Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me telephonically
This______ day of August 2026.

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2026.08.21 15:16:45 -04'00'

HONORABLE PAMELA A. CARLOS
United States Magistrate Judge